*Dean & Dean,* contra.

---

2710.    GEORGIA SUPPLY COMPANY *v.* COFFEE *et al.*

HILL, C. J.  1. The plea as amended set up facts that, if proved, entitled the defendants to a rescission of the contract, and the court did not err in overruling the demurrer filed thereto. Civil Code (1895), §§ 3711-12.

2. Where a contract is made for the purchase of different articles of machinery which, taken together, constitute a working outfit, and the omission of any one of the articles renders the outfit useless, and the purchaser offers to pay a gross price for the entire outfit, the contract is entire, and a breach of it results from the failure to deliver any separate article of the machinery named. Where a breach is so caused, the purchaser has the right to rescind the contract, on prompt notification

to the seller of the breach, and on returning, or offering to return, the article or articles which he has received. *Harden* v. *Lang,* 110 *Ga.* 392 (36 S. E. 100).

3. The instructions of the court specially complained of, and the refusal to instruct, when considered in connection with the entire charge, present no material error.

4. The evidence on the material issues was in conflict; the verdict is approved by the trial court, and this court finds in the record no error to justify the grant of another trial.                    *Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Complaint; from city court of Valdosta—Judge Cranford. May 6, 1910.

*Woodward & Smith, O. M. Smith,* for plaintiff in error.

*J. R. Walker,* contra.